FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 01 2025

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:25CR 00124 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(4) |
| | ) | 18 U.S.C. § 842(i)(4) |
| NICHOLAS GARRETT SCHENEBECK | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about April 17, 2025, the defendant,

NICHOLAS GARRETT SCHENEBECK,

was committed to a mental institution by Order of Involuntary Admission issued by Lonoke County Circuit Court Judge Sandy Huckabee in case number 43PR-25-131.

B.  On or about June 18, 2025, in the Eastern District of Arkansas, the defendant,

NICHOLAS GARRETT SCHENEBECK,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.  a Savage Arms, model 110, 30-06 caliber rifle, bearing serial number F403431; and

2.  a Remington, model 870 Express Magnum, 20-gauge shotgun, bearing serial number D528398U.

All in violation of Title 18, United States Code, Section 922(g)(4).

### COUNT 2

A.  On or about April 17, 2025, the defendant,

NICHOLAS GARRETT SCHENEBECK,

was committed to a mental institution by Order of Involuntary Admission issued by Lonoke County Circuit Court Judge Sandy Huckabee in case number 43PR-25-131.

B.  On or about June 18, 2025, in the Eastern District of Arkansas, the defendant,

NICHOLAS GARRETT SCHENEBECK,

knowingly possessed, in and affecting commerce, one or more explosives, that is: one or more Atlas Powder Company electric detonators.

All in violation of Title 18, United States Code, Section 842(i)(4).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, Nicholas Garrett Schenebeck, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 2 of this Indictment, the defendant, NICHOLAS GARRETT SCHENEBECK, shall forfeit to the United States pursuant to Title 18, United States Code, Section 844(c), all explosive materials involved in the commission of the offense.

[End of text. Signature page attached.]

☐ NO TRUE BILL.        ☑ TRUE BILL.

**REDACTED SIGNATURE**

_____
FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

*Stacy Williams*
By: Stacy Williams
Assistant United States Attorney
Bar No. AR2011081
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Stacy.Williams@usdoj.gov

U.S. v. Nicholas Garrett Schenebeck Page 3 of 3