# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                                         NO.   4:25CR00124 LPR

NICHOLAS GARRETT SCHENEBECK

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Lonoke County Detention Facility and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of Nicholas Garrett Schenebeck Lonoke County Detention Facility, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on July 16, 2025 at 2:00 p.m., before the Honorable Jerome T. Kearney and after the proceedings have been concluded, that you return Nicholas Garrett Schenebeck to the Lonoke County Detention Facility under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 2 July 2025.

_____
UNITED STATES MAGISTRATE JUDGE