IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　NO.: 4:25-cr-00124 LPR

NICHOLAS GARRETT SCHENEBECK　　　　　　　　　　　　　DEFENDANT

## AMENDED MOTION TO CONTINUE

COMES NOW, Defendant, Nicholas Schenebeck, by and through their counsel, Christian C. Alexander, ALEXANDER LAW FIRM, and for their Motion to Continue, states that:

1. This matter is set for a trial on Tuesday, August 19, 2025 at 9:30 a.m.

2. This Motion is not made for any improper purpose or delay; the period of delay is excludable under 18 U.S.C. § 3161(h)(7)(A), "finding that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial".

3. The United States Assistant Attorney, Stacy R. Williams, informed the Court at plea & arraignment, on July 16, 2025, that she would be requesting a mental evaluation of the Defendant.

4. Additional time is needed to receive and review the evaluation report, discovery, meet with the Defendant and time to possibly resolve this matter. The Court's denial of the Motion when weighing the factors of 18 U.S.C. §3161(h)(7)(B), specifically 18 U.S.C. §3161(h)(7)(B)(iv), would "deny counsel for the defendant or the attorney for

the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence".

4. The Defendant has no objection to this time being excluded under the speedy trial requirement.

5. Based on the foregoing, Defendant Schenebeck respectfully requests that the trial be reset to a later date and time convenient to the Court approximately nine (9) or six (6) months from the current setting.

6. The United States Attorney, Stacy Williams, has indicated that she has no objection to a continuance of this matter.

WHEREFORE, Defendant, Nicholas Schenebeck, prays that this Court grant their Motion to Continue Trial for the reasons aforestated; and, for all other just and proper relief to which they may be entitled.

Respectfully submitted,

Christian C. Alexander   ABA#2010032
ALEXANDER LAW FIRM
Attorney for Defendant
P. O. Box 5239
Jacksonville, AR 72078
(501) 982-0525 Telephone
(501) 982-0000 Facsimile
receptionist@alexanderlaw.comcastbiz.net