**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                          **CASE NO.  4:25-CR-00124-001  LPR**

**NICHOLAS GARRETT SCHENEBECK**                      **DEFENDANT**

<u>**ORDER**</u>

On September 9, 2025 the Court granted Defendant's Motion for Psychiatric Evaluation.

The United States Marshal for the Eastern District of Arkansas has advised the Court that Defendant has been designated to MCC San Diego, California for the examination.  Accordingly, the United States Marshal is directed to transport Defendant to MCC San Diego forthwith.[1]

Under 18 U.S.C. § 4247(b) and (c), Defendant is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty (30) days for a psychiatric or psychological examination under 18 U.S.C. § 4241 and for a period not to exceed forty-five (45) days for psychiatric or psychological examination under 18 U.S.C. § 4242. Both time periods exclude any time consumed by transportation.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to counsel for the United States, Assistant United States Attorney Stacy R. Williams, 425 West Capitol Avenue, Suite 500, Little Rock, Arkansas, 72203, and to counsel for the defendant, Christian Alexander, Post Office Box 5239, Jacksonville, Arkansas, 72078.

---

[1]Based on 18 U.S.C. § 3161(h)(1)(F), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.

Fourteen (14) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.

If no motions are filed within fourteen (14) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.[2]

IT IS SO ORDERED this 22nd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[2] 18 U.S.C. § 3161(h)(1)(A).