IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 21 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

UNITED STATES OF AMERICA    )
                            )
v.                          )    No. 4:25CR00124 LPR
                            )
NICHOLAS SCHENEBECK         )

## ORDER

The conclusions and recommendations in Nicholas Schenebeck's psychiatric report are adopted. (Doc. No. 23).

It is ordered that Schenebeck be committed to the custody of the Attorney General and that the Attorney General shall hospitalize him for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as necessary to determine whether there is substantial probability that in the foreseeable future he will attain the capacity to permit the case to proceed pursuant to 18 U.S.C. § 4241(d)(1)-(2).

It is further ordered that, should Schenebeck be restored to competency to stand trial, he shall then complete a psychiatric or psychological examination within forty-five days to determine whether he was mentally competent at the time of the offense pursuant to 18 U.S.C. § 4242.

It if further ordered this period of delay be excludable pursuant to 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 21st day of April, 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE